ACCEPTED
05-15-00414-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/22/2015 12:00:00 AM
LISA MATZ
CLERK

# FIFTH COURT OF APPEALS

## 05-15-00414-CR
## 05-15-00415-CR

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/21/2015 9:16:40 PM
LISA MATZ
Clerk

## *Emajin Trevon Jackson, Appellant*
## *v.*
## *State of Texas, Appellee*

**On Appeal from Criminal District Court No. 6
Dallas County, Texas
No. F14-58177 and F14-58178**

# Motion to Extend Time to File Appellant's Brief

**Michael Mowla
445 E. FM 1382 No. 3-718
Cedar Hill, Texas 75104
Phone: 972-795-2401
Fax: 972-692-6636
michael@mowlalaw.com
Texas Bar No. 24048680
Attorney for Appellant**

1

**To the Honorable Justices of the Court of Appeals:**

Appellant Emajin Trevon Jackson files this motion for extension of time to file the Appellant's Brief moves for an extension of time to file the Appellant's Brief [*See* Tex. Rule App. Proc. 10.5(b) and 38.6(c)]:

1.     This case is on appeal from Criminal District Court No. 6 of Dallas County, Texas.

2.     The cases below are styled the *State of Texas v. Emajin Trevon Jackson*, and are numbered F14-58177 and F14-58178.

3.     On March 25, 2015, sentence was imposed in open court.

4.     Appellant was convicted of Aggravated Robbery with a Deadly Weapon in 05-15-00414-CR (F14-58177) and Evading Arrest in 05-15-00414-CR (F14-58178).

5.     Appellant is presently incarcerated.

6.     The reporter's record was filed on June 11, 2015.

7.     The clerk's record was filed on May 26, 2015.

8.     The Appellant's Brief is due on **July 11, 2015**.

9.     Appellant requests an extension of time of **30 days** from the present due date to file the Appellant's Brief, i.e., until **August 10, 2015**.

10.    No previous extension to file the Appellant's Brief has been filed.

11.    Appellant relies on the following facts as good cause for the requested

extension: Attorney for Appellant just completed a reply brief in *Esparza v. Stephens*, 4-14-CV-0694, Eastern District of Texas.

12.    Further, Attorney for Appellant has the following briefs, petitions for discretionary review, or other pleadings due soon:

- *Murray v. Texas*, petition for writ of certiorari due on July 14, 2015 in the Supreme Court of the United States.

- *State v. Hill III,* PD-0019-15, PD-0020-15, PD-0021-15, and PD-0022-15, brief due on July 10, 2015 in the Court of Criminal Appeals.

- *Garmon v. State,* PD-0596-15, petition for discretionary review due on July 13, 2015 in the Court of Criminal Appeals.

- *Shortt v. State,* PD-0597-15, petition for discretionary review due on July 13, 2015 in the Court of Criminal Appeals.

- *Zimmerman v. Cutler, et al*, 15-50424, appellant's brief due on July 21, 2015 in the Fifth Circuit.

13.    In addition, Attorney for Appellant continues work on a federal habeas corpus death penalty case, *Jones v. Stephens*, 4:05-CV-638-Y.

14.    Further, Attorney for Appellant also continues work on a state habeas corpus death penalty case, *Ex parte Thomas*, F86-85539, in the 194th Judicial District Court.

15.    Finally, Attorney for Appellant continues work on several habeas cases involving the underlying issue in *Miller v. Alabama*, 132 S.Ct. 2455 (2012).

16.    Attorney for Appellant has a responsibility to Appellant to provide

3

Appellant with the effective assistance of appellate counsel, *see Evitts v. Lucey*, 469 U.S. 387, 392 (1985), and Attorney for Appellant believes that that the additional time is necessary to provide such effective appellate counsel.

18. This Motion is not filed for purposes of delay, but so that justice may be served.

17. Attorney for Appellant thus requests the extension so that he may properly prepare the Appellant's Brief in accordance with Attorney for Appellant's standards and to provide Appellant the effective assistance of appellate counsel.

18. This Motion is not filed for purposes of delay, but so that justice may be served.

**Prayer**

Appellant prays that this motion for extension of time to file the Appellant's Brief be granted.

Respectfully submitted,

Michael Mowla
445 E. FM 1382 No. 3-718
Cedar Hill, Texas 75104
Phone: 972-795-2401
Fax: 972-692-6636
Email: michael@mowlalaw.com
Texas Bar No. 24048680
Attorney for Appellant

/s/ **Michael Mowla**
Michael Mowla

4

**Certificate of Service**

I certify that on June 21, 2015, a true and correct copy of this document was served by email on the District Attorney's Office, Dallas County, Appellate Division to Lori Ordiway at lori.ordiway@dallascounty.org and Lisa Smith at lisa.smith@dallascounty.org.

/s/ **Michael Mowla**
Michael Mowla